BLANK ROME LLP
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/08

*Phone:* *212-885-5148*
*Fax:* *917-332-3840*
*Email:* *llambert@blankrome.com*

January 2, 2008

**BY FAX 1-212-805-7942**

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

        Re:    Peninsula Petroleum Ltd. v. Cosmotrade Export S.A.
             07 CV 11458 (AKH)
             Our Ref.: 127214-00603

Dear Judge Hellerstein:

    We represent Plaintiff Peninsula Petroleum Ltd. The Court issued an Order dated December 21, 2007 (copy enclosed) ("Order") directing the Clerk of the Court to issue Process of Maritime Attachment and Garnishment ("PMAG's") pursuant to Supplemental Rule B. The form of the Order appears to be one the Court has developed, not the one we submitted (copy enclosed) ("Proposed Order").

    The Order issued by the Court contains a typographical error. That Order states the amount is $29,280.00. The amount of the Proposed Order and the amount requested in the Complaint is, however, $249,280.00.

    We respectfully ask that the Court, by so ordering and filing this letter with the Clerk, deem the amount of the Order to be $249,280.00 *nunc pro tunc* and further deem that any PMAGs served in the meantime showing the amount of $249,280.00 have been validly and properly served as if the amount of the Order had been $249,280.00

So ordered
1-2-08

The Chrysler Building 405 Lexington Avenue New York, NY 10174-0208
www.BlankRome.com

127214.00603/6602381v.1
Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong



BLANK ROME LLP
COUNSELORS AT LAW

We are of course at the Court's disposal to answer any questions. Otherwise, we thank the Court for its prompt attention to this request.

Respectfully submitted,

LeRoy Lambert

LRL/mg

Enclosure