BLANK ROME LLP
Attorneys for Plaintiff
PENINSULA PETROLEUM LTD.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| PENINSULA PETROLEUM LTD., | |
|---|---|
| Plaintiff, | 07 CV 11458 (AKH) |
| -against- | **NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE AND OF VACATING OF ORDER OF MARITIME ATTACHMENT AND GARNISHMENT** |
| COSMOTRADE EXPORT S.A., | |
| Defendant. | |

Plaintiff, PENINSULA PETROLEUM LTD., by its attorneys Blank Rome LLP, prior to the entry of any appearance by defendant, hereby voluntarily dismisses this action and agrees that the Court may vacate the Order of Maritime Attachment and Garnishment herein ("Order"), without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 14, 2008

So ordered
3-21-08
[signature]

BLANK ROME LLP
Attorneys for Plaintiff
PENINSULA PETROLEUM LTD.

By ___[signature]___
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Tel.: (212) 885-5000

127214.00603/6616277v.1